# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| TIMOTHY DOYLE PIPPIN, | ) | |
| Plaintiff, | ) ) ) | No.: 2:20-CV-169-DCLC-CRW |
| v. | ) ) | |
| CARTER COUNTY DETENTION CENTER, | ) ) ) | |
| Defendant. | ) ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED** for want of prosecution pursuant to Fed. R. Civ. P. 41(b). Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT

*/s/ John L. Medearis*
CLERK OF COURT